IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SUTTON,

    Plaintiff,                        CIV S-06-1180 FCD PAN PS

    vs.

SOCIAL SECURITY BOARD
AND ATTORNEY GENERAL,            ORDER TO SHOW CAUSE

    Defendants.

_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        Plaintiff has filed a document entitled "Civil Complaint Social Security." However, it does not appear plaintiff is challenging a denial of social security benefits inasmuch as he claims he receives SSI benefits of $812.00 per month. It appears plaintiff merely seeks copies of prior benefits checks he was paid from SSI. Plaintiff may obtain those copies from the Social Security Administration.

/////

1

1  Plaintiff has provided no basis for federal court jurisdiction herein.  Accordingly, plaintiff will be directed to show cause, within twenty days, why this action should not be dismissed for lack of subject matter jurisdiction.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted.

2. The Clerk of the Court is directed to change the nature of suit code to miscellaneous civil and note this is a "pro se" case.

3. Within twenty days from the date of this order, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

DATED: July 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; sutton.osc